PROB 12A
(REVISED 5/2011)

# United States District Court
## for
## Middle District of Tennessee

## Report on Offender Under Supervision

Name of Offender: Ramiro Yasmil Rodriguez-Cruz    Case Number: 3:10-CR-00137-01

Name of Current Judicial Officer: Honorable Todd J. Campbell, U.S. District Judge

Name of Sentencing Judicial Officer: Honorable Philip R. Martinez, U.S. District Judge (WD/TX)

Date of Original Sentence: December 6, 2008

Original Offense: 21 U.S.C. § 841, Possession with Intent to Distribute a Controlled Substance, to-wit: Marijuana Greater Than 100 KG

Original Sentence: 37 months' custody and 5 years' supervised release

Type of Supervision: Supervised Release           Date Supervision Commenced: May 27, 2009

Assistant U.S. Attorney: Unassigned               Defense Attorney: Unassigned

**THE COURT ORDERS:**

☒ No Action at this time
☐ Submit a Petition for Summons
☐ Submit a Petition for Warrant
☐ Other

Considered this 10 day of March, 2014, and made a part of the records in the above case.

_____
Todd J. Campbell
U. S. District Judge

I declare under penalty of perjury that the foregoing is true and correct. Respectfully submitted,

_____
Joshua Smith
U.S. Probation Officer

Place   Nashville, Tennessee

Date    March 10, 2014

## ALLEGED VIOLATIONS

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation No.    Nature of Noncompliance

1.    **The defendant shall not commit another federal, state, or local crime.**

    On February 4, 2014, Mr. Rodriguez-Cruz was found guilty in Davidson County General Sessions Court for Reckless Driving a reduced charge from his November 9, 2013, arrest for Driving Under the Influence. He was sentenced to 6 months probation and ordered to pay $1,050 for court costs and fines.

**Compliance with Supervision Conditions and Prior Interventions:**

Mr Rodriguez-Cruz began supervised release on May 27, 2009. He is scheduled to terminate supervision on May 26, 2014.

A report was submitted to the Court asking for no action on November 13, 2013, to inform that Mr. Rodriguez-Cruz had been charged with Driving Under the Influence. The Court ordered no action at that time. As a result of the charge, the offender was referred for a substance abuse assessment on January 21, 2014. The probation office is awaiting the recommendation from the treatment provider.

Mr. Rodriguez-Cruz is employed in Nashville, Tennessee, and lives alone in Chapel Hill, Tennessee. The arrest in November 2013 is the only known noncompliance for the defendant while on supervised release.

**U.S. Probation Officer Recommendation:**

It is recommended that Mr. Rodriguez-Cruz be continued on supervised release with no further action at this time.

The U. S. Attorney's Office has been notified and concurs with this recommendation.

Approved: _____
Vidette Putman
Supervisory U.S. Probation Officer

**Offender's Address:**

5353 Perryman Road
Chapel Hill, TN 37034